```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>ANTONIO MORALES,<br><br>        Defendant. | 1:11-cr-00358 AWI<br><br>STIPULATION TO ADVANCE HEARING AND ORDER |

Defendant, by and through his attorney, KATHERINE HART, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

The parties to the above-captioned matter agree to advance the May 14, 2012, 1 p.m., status conference date as to this defendant and reset the matter for a change of plea on April 9, 2012, at 10:00 a.m.

DATED: April 2, 2012                              Respectfully submitted,

                                                                BENJAMIN B. WAGNER
                                                                United States Attorney

                                                                By: /s/ Karen A. Escobar
                                                                   KAREN A. ESCOBAR
                                                                   Assistant U.S. Attorney

```
                                /s/ Katherine Hart
                                KATHERINE HART
                                Attorney for Defendant
                                Antonio Morales
```

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of May 14, 2012, is hereby advanced to April 9, 2012, at 10:00 a.m. for a change of plea.

IT IS SO ORDERED.

Dated:     April 3, 2012                    /s/
                                    CHIEF UNITED STATES DISTRICT JUDGE

2